FILED '10 NOV 17 08:06 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TANNA ANDERSON,                    )
                                   )
                Plaintiff,         )
                                   )   Civil No. 10-6113-TC
                                   )
      v.                           )
                                   )   ORDER
WASHINGTON MUTUAL BANK, and its    )
successor, JP MORGAN CHASE BANK    )
N.A., and its parent               )
corporation JP MORGAN CHASE &      )
CO., a Delaware corporation,       )
                                   )
                Defendants.        )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on October 25, 2010, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion

1    - ORDER

of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed October 25, 2010, in its entirety. Defendants' motion to dismiss and compel arbitration (#8) is granted. Plaintiff's request for leave to amend her complaint (#18) is denied.

IT IS SO ORDERED.

DATED this 16th day of Nov., 2010.

Michael C. Hogan
UNITED STATES DISTRICT JUDGE

2   - ORDER